CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JUN 12 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Case No. 7:25-CR-18 |
| v. | : |
| | : |
| KEVIN SHANE BRADBURY | : |

## ORDER

Upon motion by the government and for good cause shown, it is hereby ORDERED that the indictment and all related documents in the above-captioned matter be placed under seal until further Order of this Court.

ENTERED this 12 day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE