CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JUN 12 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:25CR18 |
| v. | In Violation of: |
| KEVIN SHANE BRADBURY | 21 U.S.C. § 841(a)(1) |

## SEALED INDICTMENT

### COUNT ONE

**Distribution and Possession with the Intent to Distribute a Controlled Substance (Methamphetamine)**

The Grand Jury charges that:

1. On or about December 3, 2024, in the Western District of Virginia, the defendant, KEVIN SHANE BRADBURY, knowingly and intentionally distributed and possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

### COUNT TWO

**Distribution and Possession with the Intent to Distribute a Controlled Substance (Methamphetamine)**

The Grand Jury further charges that:

1. On or about December 11, 2024, in the Western District of Virginia, the defendant, KEVIN SHANE BRADBURY, knowingly and intentionally distributed and possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2.  All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## COUNT THREE

### Distribution and Possession with the Intent to Distribute a Controlled Substance (Methamphetamine)

The Grand Jury further charges that:

1.  On or about December 18, 2024, in the Western District of Virginia, the defendant, KEVIN SHANE BRADBURY, knowingly and intentionally distributed and possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2.  All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

A **TRUE BILL**, this 12 day of June, 2025.

*/s/ Foreperson*
Grand Jury Foreperson

_____
ZACHARY T. LEE
Acting United States Attorney