AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL

2:30 pm, Jun 12 2025

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN SHANE BRADBURY | ) Case No. | 7:25CR18 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
June 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kevin Shane Bradbury ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:841 & 841(b)(1)(C)-Distribution and possession with Intent to Distribute a Controlled Substance

Date: 06/12/2025

*Courtroom Deputy*
*Issuing officer's signature*

City and state: Roanoke, Virginia

Thomas T. Cullen, United States District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/12/2025 , and the person was arrested on *(date)* 6/17/2025
at *(city and state)* Salem, VA .

Date: 6/17/2025

*Arresting officer's signature*

DUSM Glenn Fajardo on behalf of DEA Travis Honse
*Printed name and title*