**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT**

**Case No.: 7:25cr18**                                              **Date: 6/17/2025**

| Defendants: | Counsel: |
|---|---|
| **Kevin Shane Bradbury, custody** | **Dustin Franklin, FPD** |

PRESENT:        JUDGE:                Kailani Memmer        TIME IN COURT:  10 min
                Deputy Clerk:        K.Saville
                Court Reporter:      K. Saville/FTR
                U. S. Attorney:      Matt Miller
                USPO:                Alison Spence
                Case Agent:          Travis Honse

### INITIAL APPEARANCE

☒    Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒    Defendant requests appointment of counsel.  CJA 23 completed; FPD appointed
☒    Bond hearing will be continued by to 6/30 @ 1pm
☒    Government does oppose bond.

### DETENTION

☒    Government moves for detention.
☒    Government moves for detention hearing.
☒    Defendant moves for continuance of detention hearing.

### ARRAIGNMENT

☒    Defendant(s) waives reading of Indictment/Information.        ☒Defendant(s) is arraigned and specifically
advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | 1-3 |  |  |

☒    Jury trial set for 8/19/2025 AT 9am with Judge Dillon.
☒    Defendant(s) remanded to custody.

Additional Information:
12:12
All parties present and represented by counsel.
DPPA written order to follow.
Defendant sworn.
Government advises the defendant of charges, elements, and max penalities.
Government  would ask for detention hearing and seeking detention on this presumtion case.
Defendant remanded to custody.
12:22