THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**United States of America**

**v.**

**Kevin Shane Bradbury**

**CASE NO.:** 7:25CR18

**DATE:** 6/17/2025

**TYPE OF HEARING:** IA/ARR

*******************************************************************************

**PARTIES:**

1. <u>C. Kailani Memmer</u>
2. Matt Miller, AUSA
3. Dustin Franklin, FPD
4. Kevin Bradbury, def
5. Alison Spence, USPO
6. 
7. 
8. K. Saville, CRD
9. 
10. 

*******************************************************************************

**Recorded by:** <u>K. Saville</u>                     **Time in Court:** 10 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 12:12 | 1,8,1,8,4 | | | | | | | | |
| 12:13 | 1,4,1,3 | | | | | | | | |
| 12:15 | 1,2 | | | | | | | | |
| 12:18 | 1,4 | | | | | | | | |
| 12:20 | 1,3,1,4 | | | | | | | | |
| 12:21 | 1,2,1,3 | | | | | | | | |
| 12:22 | 1,2,1,3 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |