AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia ▼

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:25cr18 |
| Kevin Bradbury | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | US District Court<br>210 Franklin Rd.<br>Roanoke, VA | Courtroom No.: R3 |
|---|---|---|
| | | Date and Time: 6/30/2025 1:00pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 6/17/2025

*Judge's signature*

Hon. C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*

FILED IN OPEN COURT
DATE 6/17/25
BY [signature]
         DEPUTY CLERK
Roanoke DIVISION, WD of VA