# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**United States of America**

**v.**

**Kevin Shane Bradbury**

**CASE NO.:** 7:25CR18 & 7:19cr21

**DATE:** 6/30/2025

**TYPE OF HEARING:** IA/SRRH / DTN

*****************************************************************************

**PARTIES:**

1. <u>C. Kailani Memmer</u>
2. Matt Miller, AUSA
3. Nia Vidal, FPD
4. Kevin Bradbury, def
5. Alison Spence, USPO
6. Dennis Gardner, USPO
7. Donna Bradbury, mother
8. K. Saville, CRD
9. 
10. 

*****************************************************************************

**Recorded by:** <u>K. Saville</u>     **Time in Court:** 57 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:04 | 1,8,1,8,4,1,4 | 1:37 | 1,3 | | | | | | |
| 1:06 | 1,4 | 1:42 | 1,2 | | | | | | |
| 1:09 | 1,2,1,3 | 1:48 | 1,3 | | | | | | |
| 1:10 | 1,3 | 1:51 | 1,2 | | | | | | |
| 1:11 | 3,8,6,3,6,1,3,6 | 1:52 | 1,3 | | | | | | |
| 1:22 | 1,2,1,6 | 1:52 | 1,4,1 | | | | | | |
| 1:23 | 1,3,1,2,6 | 2:01 | 1,2,1,3 | | | | | | |
| 1:23 | 1,3,8,7,3,7 | | | | | | | | |
| 1:26 | 1,2,7,3,1,7 | | | | | | | | |
| 1:30 | 1,3,7,1,2 | | | | | | | | |
| 1:32 | 3,1,3,1,2,3 | | | | | | | | |
| 1:33 | 1,2 | | | | | | | | |