✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

United State of America
V
Kevin Shane Bradbury

**EXHIBIT AND WITNESS LIST**

Case Number: 7:25cr18 & 7:19cr21

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Memmer | Charlene Day, AUSA | Nia Vidal, FPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | FTR- K.Saville | K. Saville |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 |  | 06/30/2025 | X | X | Govt exhibit 1- 4 pictures of control buys | |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    Page 1 of 1