IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 7:25-CR-018-EKD |
| | ) |
| KEVIN SHANE BRADBURY, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE JURY TRIAL**

COMES NOW Kevin Shane Bradbury, by counsel Nia Ayanna Vidal and with the agreement of Assistant U.S. Attorney Matthew M. Miller, and files this joint motion to continue the jury trial currently scheduled for August 19, 2025, pursuant to 18 U.S.C. § 3161(h)(7). The bases for this motion are as follows:

1. On June 12, 2025, a federal grand jury returned a three-count indictment against Mr. Bradbury charging him with three counts of distribution of a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). ECF No. 3. Mr. Bradbury was arrested pursuant to a warrant on June 17, 2025. He made his initial appearance before this court the same day where he was arraigned on the indictment. The trial date was then scheduled for August 19, 2025. ECF No. 11. The detention hearing was held on June 30, 2025, and he was ordered detained pending trial. ECF Nos. 28, 31.

2. Pursuant to a protective order entered by the Honorable C. Kailani Memmer on June 17, 2025, ECF No. 23, the government sent its first disclosure of discovery to the defense on the next day. Defense counsel must review the discovery with Mr. Bradbury, who as of July 18, 2025, has not been able to review the discovery at the jail. In addition, the parties have yet to

1

engage in meaningful plea negotiations. Furthermore, one of the government's drug analysts is not available on the scheduled trial date.

3. Under 18 U.S.C. § 3161(h)(7), a continuance to give parties additional time to prepare for trial is excludable delay "if the judge grant[s] such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Such a continuance is warranted where, "the failure to grant such a continuance in a case which, taken as a whole is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account due diligence." *Id.* at § 3161(h)(7)(B)(iv). Given the need for additional time to advise Mr. Bradbury and engage in plea negotiations, in addition to the fact that a government witness is not available, the parties jointly request a continuance of the jury trial.

4. The undersigned counsel has conferred with Assistant U.S. Matthew M. Miller, who joins this motion.

WHEREFORE, the parties respectfully request that this court grant this motion and continue the jury trial in this matter.

                                              Respectfully submitted,
                                              KEVIN SHANE BRADBURY

                                              By: _____/s/_____
                                                       Counsel

Nia Ayanna Vidal, Esq.
Supervisory Assistant Federal Public Defender
Virginia Bar Number 48871
Attorney for Mr. Bradbury
Office of the Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, VA 24011
Telephone: (540) 777-0898
Fax: (540) 777-0890
Email: Nia_Vidal@fd.org

SEEN AND AGREED,

_____/s/_____

Matthew M. Miller
Assistant United States Attorney
Virginia Bar Number 43034
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
Telephone: 540-857-2250
Fax: 540-857-2614

3