CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
FILED

July 25, 2025

Laura A. Austin, Clerk
By: /s/ Kelly Anglim
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No.: 7:25-cr-00018 |
| KEVIN SHANE BRADBURY ) | |

**ORDER**

The defendant, Kevin Shane Bradbury, by counsel, moves for a continuance of the trial in this case, and the United States does not object. The court finds good cause to grant the motion. Specifically, counsel needs additional time to review discovery with the defendant and prepare for trial. A failure to grant the continuance would therefore deny counsel reasonable time to prepare effectively for trial, taking into account the exercise of due diligence.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED that the defendant's unopposed motion for a continuance is GRANTED and that this matter, now scheduled for August 19, 2025, is continued to January 13–15, 2026. The time period between August 19, 2025, and January 13, 2026, will be excluded from the calculation of time under the Speedy Trial Act.

Entered: July 25, 2025

/s/ Elizabeth K. Dillon
Chief United States District Judge