IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:25-CR-18 |
| | : | |
| KEVIN SHANE BRADBURY | : | |
| *Defendant* | : | |

### GOVERNMENT'S NOTICE OF INTENT TO USE RULE 404(b) EVIDENCE

The United States of America, by counsel, hereby notifies defendant Kevin Shane Bradbury of its intent to introduce "other acts evidence" under Rule 404(b) of the Federal Rules of Evidence. Specifically, the Government intends to introduce recorded statements of the defendant discussing his recent but historical involvement in the illegal distribution of controlled substances. These statements were recorded surreptitiously while Mr. Bradbury was speaking candidly with the confidential source inside the confidential source's vehicle by a covert recording device during the events leading to Count One, the first controlled buy in this case.

The statements the government intends to introduce can be found in the recordings made by each of the two devices during the first controlled buy. These are found in the discovery at Bates #11, file name "MOV00003.AVI" at about 2 minutes and 38 seconds elapsed, or 17:44:05 on the digital clock visible in the video file. The same conversation was also captured by a second device found at Bates #16, at about 1 minute 11 seconds elapsed. During this conversation, Mr. Bradbury discusses his actions which led to his arrest and federal conviction in 2019 for possession with the intent to distribute 5 grams or more of methamphetamine. Mr. Bradbury explains the steps he took to conceal drugs in the vehicle he was driving at the time of his prior arrest. He also

1

states that he considers himself lucky because he was stopped by police while on the way to pick-up two additional pounds of methamphetamine, three ounces of heroin, a pistol, and 300 fentanyl pills.

This evidence will be introduced for limited purposes permitted under F.R.E. 404(b). First, this evidence will be used to show that Mr. Bradbury possessed the specific intent to distribute controlled substances during the charged offenses in this case. It will show that Mr. Bradbury not only has knowledge of the illicit nature of the substances he distributed, but also that his plans involve concealment of his criminal conduct which is relevant here given his furtive nature during each controlled buy. It also demonstrates his knowledge of the drug trade and the practices of drug dealers in selling their wares. Furthermore, this evidence shows that the illicit transaction was not an accident or mistake and reinforces the fact that controls were in place to ensure that the drugs acquired came from the defendant as compared to the confidential source or some other person. Finally, it is expected that these statements will be admissible for additional permissible reasons under FRE 404(b) as the case proceeds, such as refuting the defendant's assertions about the efficacy of the controlled buys or the confidential source.

One of the other relevant purposes of this evidence is that it demonstrates the trust that Mr. Bradbury held in the confidential source during these controlled purchases; it is fair to characterize Mr. Bradbury's conversation in the vehicle as extremely candid, making it much less likely that his actions in the charged conduct is a mistake, accident, or fraudulent conduct on the part of the confidential source or law enforcement.

Additionally, the government intends to offer a certified copy of Mr. Bradbury's federal conviction from 2019 and related court documents such as the statement of facts as corroboration for Mr. Bradbury's statements.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

/s/ *Matthew M. Miller*
Matthew M. Miller
Assistant United States Attorney
Virginia Bar No. 43034
United States Attorney's Office
310 First Street, SW, 9th Floor
Roanoke, Virginia 24011
540-857-2250
Matthew.Miller2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I caused to be filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew M. Miller
Assistant United States Attorney

4