UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 7:25-CR-00018 |
| KEVIN SHANE BRADBURY, : | |
| : | |
| Defendant. : | |

**NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY**

The United States intends to offer evidence under Federal Rules of Evidence 702, 703, and 705 in its case-in-chief at trial. Accordingly, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides this disclosure concerning that anticipated expert testimony. The United States reserves the right to offer additional testimony by this expert, or other expert witnesses, and for the expert to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the expert before or during trial.

**Forensic Scientist Erin Corcoran**

Absent a stipulation by the parties, the United States intends to offer the expert testimony of Forensic Scientist Erin Corcoran. Ms. Corcoran is a Forensic Scientist with the Commonwealth of Virginia, Department of Forensic Science, Western Laboratory, Controlled Substances Section, in Roanoke, Virginia. Ms. Corcoran's curriculum vitae has been provided in discovery at Bates #478-479. Ms. Corcoran has testified approximately 13 times in Virginia state courts as set forth below:

3/14/2022 – Lynchburg Circuit Court – CA v. Kimberly Ann Medley

6/1/2022 – Bristol Circuit Court – CA v. Dexter L. Hall

2/16/2023 – Pittsylvania County Circuit Court – CA v. William J. Cuozzo

2/27/2023 – Augusta County Circuit Court – CA v. Steven N. Dawson

9/8/2023 – Augusta County Circuit Court – CA v. Morfin Javier Cano Urias

11/9/2023 – Staunton Circuit Court – CA v. Crystal L. Morris

4/29/2024 – Lynchburg Circuit Court – CA v. Joseph L. Farmer, Jr.

7/30/2024 – Alleghany County Circuit Court – CA v. Richard Raleigh

7/31/2024 – Pulaski County Circuit Court – CA v. Justin C. Frazier

1/14/2025 – Danville Circuit Court – CA v. Bryant L. Giles

6/2/2025 – Alleghany County Circuit Court – CA v. Ryan C. Gilmer

10/23/2025 – Roanoke County Circuit Court – CA v. James D. King

10/28/2025 – Lynchburg Circuit Court – CA v. Tywan E. Turner, Jr.

Ms. Corcoran reports that she has not authored any publications in the previous ten years.

In connection with this matter, Ms. Corcoran prepared a Certificate of Analysis dated December 26, 2024, which was previously provided in discovery (Bates #390). She is expected to testify in accordance with the Certificate of Analysis as to the results of her examination of the evidence submitted to the laboratory. As her report states, Ms. Corcoran analyzed the contents of a plastic bag containing a white crystalline substance. Ms. Corcoran will opine that she found that Item 1 contained approximately 14.052 grams of methamphetamine, a Schedule II controlled substance.

Ms. Corcoran is further expected to testify that she applied scientifically accepted techniques and testing methods, including Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS), as described in her report, as well as her knowledge, skill, experience, training, and education, to reach the opinions stated in her report.

                                                   Respectfully submitted,

                                                   ROBERT N. TRACCI
                                                 Acting United States Attorney

Date: December 2, 2025                   /s/ *Matthew M. Miller*
                                                 Matthew M. Miller
                                                 VSB No. 43034
                                                 Assistant U.S. Attorney
                                                 310 First St., S.W., Ste. 906
                                                 Roanoke, Virginia 24011
                                                 540-857-2250 (phone)
                                                 Matthew.Miller2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                     *s/Matthew M. Miller*
                                     Assistant United States Attorney