# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No. 7:25-CR-00018 |
| **KEVIN SHANE BRADBURY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY

The United States intends to offer evidence under Federal Rules of Evidence 702, 703, and 705 in its case-in-chief at trial. Accordingly, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides this disclosure concerning that anticipated expert testimony. The United States reserves the right to offer additional testimony by this expert, or other expert witnesses, and for the expert to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the expert before or during trial.

### Senior Forensic Scientist Jason Bishop

Absent a stipulation by the parties, the United States intends to offer the expert testimony of Senior Forensic Scientist Jason Bishop. Mr. Bishop is a Forensic Scientist with the Commonwealth of Virginia, Department of Forensic Science, Western Laboratory, Drug Analysis Section, in Roanoke, Virginia. Mr. Bishop's curriculum vitae has been provided in discovery as a Statement of Qualifications at Bates #475-477. Since September 1, 2021, Mr. Bishop has testified twenty times in federal (U.S.) and state courts

(in which the Commonwealth of Virginia is represented by the initial C.), as set forth below:

```
9/01/2021   – Bristol Circuit Court – C. v. Baylee Head
12/13/2021  – Augusta County Circuit Court – C. v. Edward Ray Garrison
12/14/2021  – Lynchburg Circuit Court – C. v. Elmer Wilbert Reid, III
12/15/2021  – Bristol Circuit Court – C. v. Sheldon Adams
2/08/2022   – Federal Court – Abingdon, VA – U.S. v. Gerada Henderson
3/22/2022   – Danville Circuit Court – C. v. Kalob Wayne Jones
6/06/2022   – Montgomery County Circuit Court – C. v. Robert Bradford Bowles
9/29/2022   – Pittsylvania County Circuit Court – C. v. Patrick Antwain Davis
11/28/2022  – Roanoke County Circuit Court – C. v. Matthew Dillon Meredith
11/30/2022  – Danville Circuit Court – C. v. Raphael Laquinn Daniels
12/14/2022  – Martinsville Circuit Court – C. v. Antwan Dominique Thomas
1/04/2023   – Augusta Circuit Court – C. v. Joshua Luke Curry
3/09/2023   – Pittsylvania Circuit Court – C. v. Terrance Edward Davis
6/01/2023   – Alleghany County Circuit Court – C. v. Intell Allen, Briana Spinner
5/09/2024   – Federal Court – Abingdon, VA – U.S. v. Christopher Kirk Gray
8/06/2024   – Roanoke County Circuit Court – Commonwealth v. Austin
8/26/2024   – Augusta County Circuit Court – C. v. Calvin Antonio Woodson
9/09/2024   – Federal Court – Abingdon, VA – U.S. v. Quantisha Latavious Outlaw
4/21/2025   – Augusta County Circuit Court – C. v. Chaz Dylan Newville
10/14/2025  – Bedford County Circuit Court – C. v. Jeffrey David Craighead
```

Mr. Bishop has not authored any publications in the previous ten years.

In connection with this matter, Mr. Bishop prepared and signed a Certificate of Analysis dated December 27, 2024, previously provided in discovery at Bates #391. He will testify in accordance with the Certificate of Analysis as to the results of his examination of the evidence submitted to the laboratory. As his report states, Mr. Bishop analyzed the contents of a plastic bag containing an off-white crystal substance. Mr. Bishop will opine that he found that the evidence he examined contained approximately 28.059 grams of methamphetamine, a Schedule II controlled substance.

Mr. Bishop is further expected to testify that he applied scientifically accepted techniques and testing methods, including Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS), as described in his report, as well as his knowledge, skill, experience, training, and education, to reach the opinions stated in his report.

                                            Respectfully submitted,

                                            ROBERT N. TRACCI
                                            Acting United States Attorney

Date: December 2, 2025             /s/ *Matthew M. Miller*
                                            Matthew M. Miller
                                            VSB No. 43034
                                            Assistant U.S. Attorney
                                            310 First St., S.W., Ste. 906
                                            Roanoke, Virginia 24011
                                            540-857-2250 (phone)
                                            Matthew.Miller2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

*s/Matthew M. Miller*
Assistant United States Attorney
