# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :  Case No. 7:25-CR-00018 |
| KEVIN SHANE BRADBURY, | : |
| | : |
| Defendant. | : |

## NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY

The United States intends to offer evidence under Federal Rules of Evidence 702, 703, and 705 in its case-in-chief at trial. Accordingly, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides this disclosure concerning that anticipated expert testimony. The United States reserves the right to offer additional testimony by this expert, or other expert witnesses, and for the expert to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the expert before or during trial.

### Senior Forensic Scientist Derek N. Price

Absent a stipulation by the parties, the United States intends to offer the expert testimony of Forensic Scientist Derek N. Price. Mr. Price is a Forensic Scientist with the Commonwealth of Virginia, Department of Forensic Science, Western Laboratory, Controlled Substances Section, in Roanoke, Virginia. Mr. Price's curriculum vitae was provided in discovery as a Statement of Qualifications at Bates #473-473. Since 2021, Mr.

Price has testified 15 times in federal (U.S.) and state courts (in which the Commonwealth is noted by the initial C.) as set forth below:

> 11/1/2021 – Pittsylvania Circuit Court – C. v. Gregory A. Mobley
> 11/24/2021 – Danville Circuit Court – C. v. Steven A. Woodson
> 4/1/2022 – Pittsylvania Circuit Court – C. v. Ryan M. Allen
> 6/7/2022 – Montgomery County Circuit Court – C. v. Donald L. Broome
> 12/13/2022 – Lee County Cir. Ct. – C. v. Carlton Adams
> 5/2/2023 – Bristol Circuit Court – C. v. Thomas Chandler
> 12/7/2023 – Bristol Circuit Court – C. v. Nicole Lane
> 5/9/2024 – U.S. District Court, Abingdon – U.S. v. Christopher K. Gray
> 7/25/2024 – Waynesboro Circuit Ct. – C. v. Joseph M. Dillard
> 9/26/2024 – Roanoke County Cir. Ct. – C. v. Tammy S. Roar
> 12/16/2024 – Roanoke City Cir. Ct. – C. v. Ryan T. Guerrant
> 1/15/2025 – Dickenson County Cir. Ct. – C. v. Clayton Baker
> 7/30/2025 – Dickenson County Cir. Ct. – C. v. Donald Ray Hagy
> 9/4/2025 – Waynesboro Cir. Ct. – C. v. Jonathan W. McMillan
> 9/15/2025 – Danville Cir. Ct. – C. v. Brandon M. Walker

Mr. Price has not authored any publications in the previous ten years.

In connection with this matter, Mr. Price prepared a Certificate of Analysis dated January 21, 2025, previously provided in discovery at Bates #392. He will testify in accordance with the Certificate of Analysis as to the results of his examination of the evidence submitted to the laboratory. As his report states, Mr. Price analyzed the contents of a plastic bag containing crystalline material. Mr. Price will opine that he found that Item 1 contained approximately 27.875 grams of methamphetamine, a Schedule II controlled substance.

Mr. Price is further expected to testify that he applied scientifically accepted techniques and testing methods, including Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS), as described in his report, as well as his

knowledge, skill, experience, training, and education, to reach the opinions stated in his report.

                          Respectfully submitted,

                          ROBERT N. TRACCI
                          Acting United States Attorney

Date: December 2, 2025          /s/ *Matthew M. Miller*
                          Matthew M. Miller
                          VSB No. 43034
                          Assistant U.S. Attorney
                          310 First St., S.W., Ste. 906
                          Roanoke, Virginia 24011
                          540-857-2250 (phone)
                          Matthew.Miller2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel for the defendant.

<u>s/Matthew M. Miller</u><br>Assistant United States Attorney