UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:25-CR-00018 |
| | : |
| | : |
| KEVIN BRADBURY | : |

## GOVERNMENT MOTION FOR A CONTINUANCE BASED UPON AN UNAVAILABLE WITNESS

Comes now the United States, by and through its counsel, Assistant United States Attorney Matthew M. Miller, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and moves the Court for the entry of an Order continuing trial and extending the Speedy Trial Act time for the case at bar to ensure that the necessary witnesses are available for trial.

In support of its motion, the United States represents to the Court:

a) This case involves three controlled purchases of controlled substances from the defendant.

b) The evidence in this case includes three exhibits obtained from the defendant during the three controlled purchases, each of which was subsequently analyzed by a different forensic scientist at the Virginia Department of Forensic Science.

c) One of the three forensic scientists has notified the case agent that he is out on extended medical leave and will not be available until an unspecified date in February.  As such, the witness has stated that he is not available for trial on the

1

scheduled trial date in this case of January 13-15th. This witness was subpoenaed for trial on August 8, 2025.

d) The undersigned counsel has discussed this witness's availability with the lab supervisor for this forensic scientist and the supervisor confirmed that this witness is unavailable due to an extended period of medical leave.

e) The undersigned counsel raised the issue of the unavailability of one of the government's expert witnesses with Mr. Bradbury's defense counsel. Specifically, the government asked if Mr. Bradbury would be willing to stipulate to this witness's expected testimony, consistent with the Notice of Intent to Introduce Expert Testimony, ECF # 39.

f) In the government's view, this witness is a necessary witness. Without his expert testimony – or a stipulation thereto – the government cannot establish that one of the drug exhibits purchased from the defendant is in fact the controlled substance alleged in that count of the indictment. This fact is an element of the offense and the gravamen of the crime alleged in the indictment.

g) On Friday, December 12, 2025, Mr. Bradbury indicated, through his attorney, that Mr. Bradbury was not willing to stipulate to the expected testimony of this witness. The government recognizes and appreciates that Mr. Bradbury has a constitutional right to confront the witnesses against him, and he is not obligated to stipulate to any witness's testimony. However, at the same time, the

government is obliged to request this continuance to ensure that its necessary witnesses are available for trial.

h) Mr. Bradbury also stated through his counsel his intention to object to any government motion to continue this matter.

Accordingly, the United States moves that the trial be continued to allow the attendance of a necessary witness who is medically unavailable, and further requests that the Court's Order exclude any resulting delays under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7)(A) on the basis that the government's request serves the ends of justice, and that such continuance outweighs the best interest of the public and the defendant in a speedy trial.

        Respectfully submitted,

        ROBERT N. TRACCI
        Acting United States Attorney

        /s/ Matthew M. Miller
        Virginia State Bar #43034
        Assistant United States Attorney
        U.S. Attorney's Office
        310 First Street SW
        Roanoke, Virginia 24011
        (540) 857-2914
        Matthew.Miller2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Matthew M. Miller
Assistant United States Attorney