IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.:  7:25cr18                     Date:  12/23/2025

**Defendant:** Kevin Shane Bradbury, Custody          **Counsel:** Nia Vidal, FPD

PRESENT:    JUDGE:              Elizabeth K. Dillon, CUSDJ
            TIME IN COURT:      8:59 – 9:19a; 20m
            Deputy Clerk:       K. Anglim
            Court Reporter:     M. Butenschoen
            U. S. Attorney:     Matthew Miller

PROCEEDINGS:
Parties present by counsel for oral argument on the government's Motion to Continue (dkt 42)
Court grants Motion to Continue.
Trial tentatively rescheduled to March 23-25, 2026.
All deadlines in the pretrial order are now reset to the new March 2026 trial date.