**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )    **Case No.:   7:25-CR-00018-EKD** |
| | ) |
| **KEVIN SHANE BRADBURY** | ) |

### NOTICE OF ENHANCEMENT UNDER 21 U.S.C. § 851

The United States charges, pursuant to 21 U.S.C. §851(a)(1), that the Defendant, KEVIN SHANE BRADBURY, having been previously convicted of a "felony drug offense" as defined in 21 U.S.C. § 802(44), is subject to an increased punishment with respect to the Counts One, Two, and Three of the Indictment. Specifically, the increased punishments are as follows:

Count One: a maximum term of imprisonment of 30 years, a $2,000,000 fine, and a term of supervised release of at least 6 years. 21 U.S.C. §841(b)(1)(C).

Counts Two: a maximum term of imprisonment of 30 years, a $2,000,000 fine, and a term of supervised release of at least 6 years. 21 U.S.C. §841(b)(1)(C).

Counts Three: a maximum term of imprisonment of 30 years, a $2,000,000 fine, and a term of supervised release of at least 6 years. 21 U.S.C. §841(b)(1)(C).

The offenses relied upon to support these increased punishments are as follows:

1. A conviction for Possession with the Intent to Distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B); Western District of Virginia – 7:19CR00021-001; Offense date January 17, 2019, Conviction date – April 8, 2019; Sentencing date – July 2, 2019; Sentence of Imprisonment Imposed – 60 months.

*See* Case No. 7:19-cr-00021, ECF. No. 41 (Judgment).

Respectfully submitted,

s/Charlene R. Day
Assistant United States Attorney
VA State Bar No. 42707
U.S. Attorney's Office
310 First St., S.W., Ste. 906
Roanoke, Virginia 24011
540-857-2250 (phone)
540-857-2614 (fax)
Charlene.Day@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Enhancement has been electronically filed by CM/ECF system which will send notification of such filing to defendant's counsel, on this the 23rd day of March, 2026.

s/Charlene R. Day
Assistant United States Attorney

2