**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 7:25-cr00018-EKD** |
| **KEVIN SHANE BRADBURY** | ) | |
| | ) | |
| *Defendant.* | ) | |

## JOINT PROPOSED STATEMENT OF THE CASE AND ISSUES FOR VOIR DIRE

Pursuant to the Court's Pretrial Order, the parties jointly submit the following proposed Statement of the Case and Issues for Voir Dire. *See* ECF No. 25, at 3.

**Proposed Statement of the Case**

Ladies and gentlemen, this is a criminal case. The indictment in this case charges the defendant, Kevin Shane Bradbury, with possessing with the intent to distribute and distributing methamphetamine, a Schedule II controlled substance, on three separate occasions: December 3, 2024; December 11, 2024; and December 18, 2024.

**Proposed Issues for Voir Dire and Proposed Preliminary Instructions**

Consistent with the Court's pretrial order, the parties wish to participate in voir dire on any relevant topic following the Court's preliminary questioning. The parties request the Court's standard preliminary instructions.


Respectfully submitted,

    CHARLENE DAY
    Assistant United States Attorney

    /s/ Charlene R. Day               /s/Nia Ayanna Vidal
    Assistant United States Attorney     Counsel for Kevin Shane Bradbury

/s/ Matthew M. Miller  
Executive Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Charlene R. Day
Assistant United States Attorney