UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SHANE BRADBURY,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Criminal Action No.: 7:25CR18<br>)<br>)<br>)<br>) |

**RETURN OF EXHIBITS TO GOVERNMENT**

The following items of evidence were returned to counsel for the Government on April 29, 2026:

**GOVERNMENT EXHIBIT 22, 43, 69**

*__The Attorney and/or Case Agent must maintain custody of these Physical Jury Trial Exhibits until the appeal time has run in this matter. *See* Local Rule 12__*

Signed: ______________________
DEA Agent

Signed: ______________________
Courtroom Deputy

FILED IN OPEN COURT
DATE 4/29/2026
BY ______________________
DEPUTY CLERK
Roanoke DIVISION, WD of VA