IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:25-cr-00018 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| KEVIN SHANE BRADBURY | ) | Chief United States District Judge |

## VERDICT FORM

As to the charge in **Count One** of the Indictment—on or about December 3, 2024, the defendant knowingly and intentionally distributed and/or possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine—we, the jury, unanimously find the defendant, KEVIN SHANE BRADBURY:

_____          ____X____
Not Guilty                Guilty

As to the charge in **Count Two** of the Indictment—on or about December 11, 2024, the defendant knowingly and intentionally distributed and/or possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine—we, the jury, unanimously find the defendant, KEVIN SHANE BRADBURY:

_____          ____X____
Not Guilty                Guilty

1

As to the charge in **Count Three** of the Indictment—on or about December 18, 2024, the defendant knowingly and intentionally distributed and/or possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine—we, the jury, unanimously find the defendant, KEVIN SHANE BRADBURY:

_____          _____
            Not Guilty                          Guilty

Jury Foreperson Signature:  ___ NAME REDACTED

Jury Foreperson Printed Name:  ___NAME REDACTED___

Date:  ___4│29│26___

FILED IN OPEN COURT
DATE___4/29/ 2026_____
BY___K. Anglim_____
            DEPUTY CLERK
__Roanoke___DIVISION, WD of VA

2