CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
FILED

June 23, 2026

Laura A. Austin, Clerk
By: s/ Kelly Anglim
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    Criminal Action: 7:25cr18
    )
KEVIN SHANE BRADBURY    )

**SENTENCING HEARING ORDER**

A jury trial was held April 27-29, 2026, in which the defendant was found guilty on Counts 1, 2, and 3 of the indictment. A presentence report has been ordered by the Court, and the case is set for sentencing on September 2, 2026, at 1:00 p.m.

In connection with the sentencing hearing, it is ORDERED as follows:

1.  No later than seven (7) days before sentencing, the prosecution and defense shall prepare and file a sentencing memorandum addressing sentencing considerations appropriate to the case. Such a memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). No response memoranda are required, but any party wanting to file a response must do so within seven (7) days of service or not less than two (2) days before sentencing, whichever is sooner.

2.  Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven (7) days prior to sentencing.

3.  The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

Entered: June 23, 2026

/s/ Elizabeth K. Dillon
Chief United States District Judge