IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 7:25-cr-00018 |
| | ) | |
| | ) | |
| KEVIN SHANE BRADBURY | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Kevin Shane Bradbury, the defendant, through counsel, respectfully moves this Honorable Court to continue his sentencing hearing. The government, through Assistant United States Attorney Charlene Day, does not oppose this motion.

In support of this motion, counsel states:

On April 29, 2026, Mr. Bradbury was found guilty of a three-count indictment charging him with three counts of distribution of a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). His sentencing is scheduled for September 2, 2026.

Counsel is seeking a continuance of the sentencing date because Mr. Bradbury's forensic psychiatrist will not have the psychological evaluation report completed before the scheduled sentencing hearing. This report is necessary for mitigation purposes.

WHEREFORE, counsel requests that Mr. Bradbury’s sentencing hearing be scheduled for October, or a date thereafter agreeable to the Court.

Respectfully submitted,
KEVIN SHANE BRADBURY

By: /s/
Counsel

Nia Ayanna Vidal, Esq.
Supervisory Assistant Federal Public Defender
Virginia Bar Number 48871
Attorney for Mr. Bradbury
Office of the Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, VA 24011
Telephone: (540) 777-0898
Fax: (540) 777-0890
Email: Nia_Vidal@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed and will be forwarded to the Office of the United States Attorney this 3rd day of August, 2026.