**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case Nos. 7:25-CR-018-EKD** |
| | ) | **7:19-CR-021-EKD** |
| **KEVIN SHANE BRADBURY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**_*UNOPPOSED*_ MOTION FOR THIS COURT TO CONTINUE THE SENTENCING AND ORDER ENTRY INTO AND COMPLETION OF THE ALPHA PROGRAM AT THE ROANOKE ADULT DETENTION CENTER**

COMES NOW Kevin Shane Bradbury, by counsel Nia Ayanna Vidal, and files this motion to continue his sentencing hearing and to order him to enter and complete the Alpha program at the Roanoke Adult Detention Center. The bases for this motion are as follows:

1. On April 29, 2026, Mr. Bradbury was convicted after a jury trial of all counts of a three-count indictment which charged him with three counts of distribution of a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). ECF Nos. 3, 88. The sentencing date is currently October 29, 2026. ECF No. 95.

2. Mr. Bradbury has a long history of polysubstance use, which began at the age of 14. He has admitted to injecting one to two grams methamphetamine a day while on supervised release. Initial PSR ¶ 78, ECF No. 91. While on supervision, Mr. Bradbury had been referred to Blue Ridge Behavioral Healthcare for a substance abuse assessment, but it is unclear whether that assessment had been done. ECF No. 79, at 1. He also used methamphetamine, K2, and Suboxone daily while in state and federal custody. Initial PSR ¶ 79. He reports that he tried to obtain intensive drug treatment but could not because of a detainer. Initial PSR ¶ 80. He may very well face the same issue when he serves his sentence, as there are two pending capiases in Roanoke County and

Tazewell County for probation violations. *See* Virginia Courts Case Information, available at https://eapps.courts.state.va.us/CJISWeb/circuit.jsp.

3. Both prior and subsequent to his conviction, Mr. Bradbury has made a concerted effort to rehabilitate himself by participating in programs at the Roanoke City Adult Detention Center. According to Sergeant Derick Duffy, Programs Coordinator for the Roanoke City Sheriff's Office, Mr. Bradbury was the top learner for the month of August, completing over 300 hours of programing. Sergeant Duffy reported that Mr. Bradbury has requested college courses and has not "been a problem" at the jail. Sergeant Duffy also indicated that Mr. Bradbury has been screened by Blue Ridge Behavioral Healthcare for the detention center's Alpha program.

4. As indicated in the attached curriculum outline, the Alpha program is a holistic substance use and mental health treatment residential program within the detention center. It is a four-month program.

5. Mr. Bradbury is requesting the opportunity to enter and complete the Alpha Program at the detention center. Sergeant Duffy indicated that, because Alpha is a state funded program, it is helpful to have a court order for him to complete the program. A continuance of the sentencing hearing would allow him to remain at the detention center prior to being transferred to a regional jail in preparation for his transportation to a federal facility.

6. The undersigned discussed this matter with Assistant U.S. Attorney Charlene Day, who does/does not object to this motion.

WHEREFORE, Mr. Bradbury respectfully requests that this court grant this motion by continuing the sentencing in this matter to a date in or after February 2027, and ordering that he enter and complete the Alpha program at the Roanoke City Adult Detention Center.

Respectfully submitted,
KEVIN SHANE BRADBURY

By: ______/s/____________________
Counsel

Nia Ayanna Vidal, Esq.
Supervisory Assistant Federal Public Defender
Virginia Bar Number 48871
Attorney for Mr. Bradbury
Office of the Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, VA 24011
Telephone: (540) 777-0898
Fax: (540) 777-0890
Email: Nia_Vidal@fd.org