# Alpha Curriculum Outline

Residents in the pod will participate in the following curriculum for the course of 120 days in the Alpha Pod. The curriculum comes from the following resources.

**START Now:** START NOW integrates research, theory, and clinical experience. It is designed to be a strengths-based approach, focusing on an accepting and collaborative clinical style. At the same time, this approach places the primary responsibility for change on the participant. This intervention was also designed to take into account the pragmatic factors of a variety of care delivery settings, which frequently face limited treatment resources. START NOW incorporates cognitive behavioral therapy, motivational interviewing, neurocognitive modifications, trauma-sensitive care, gender-specific guidance, focusing skills, and functional analysis in a highly structured, nonjudgmental approach to skills building.

**Hazelden Cognitive Skills:** The Client Recovery Workbook helps clients learn how to stay clean and sober. The Client Life Skills Workbook teaches clients how to create a blueprint to make the necessary changes. The Client Cognitive Skills Workbook teaches socialization skills that enable clients to reintegrate into their community.

**Moral Reconation Therapy (MRT):** MRT is a cognitive-behavioral treatment system that leads to enhanced moral reasoning, better decision making, and more appropriate behavior." At its heart, moral reconation therapy is a cognitive-behavioral therapy (CBT). It aims to change faulty thought processes that have led to poor decision-making and substance abuse. Its focus on moral reasoning sets it apart from other CBT-related therapies.

**Trauma Recovery and Empowerment:** This model draws on cognitive–behavioral, skills training, and psychoeducational techniques to address recovery and healing from sexual, physical, and emotional abuse.

**Behavioral Management**: Modified Therapeutic Community approach to allowing the residents to function as a community in a highly structure environment. This includes a system of confronting positive and negative behaviors.