CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
**FILED**
October 01, 2026
Laura A. Austin, Clerk
By: s/ Kelly Anglim
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 7:25-cr-18 |
| | ) | 7:19-cr-21 |
| KEVIN SHANE BRADBURY | ) | |

**ORDER**

The defendant, Kevin Shane Bradbury, has requested that the court order that he be allowed to participate in the Roanoke City Jail's Alpha Program that provides substance use disorder treatment. This participation, however, requires court order. There was no objection to this request.

Thus, it appearing proper, it is ORDERED that the defendant, Kevin Shane Bradbury, be placed into the Alpha Program at the Roanoke City Jail if the jail can accommodate Bradbury's placement in the Alpha Program.

The Clerk shall provide a copy of this order to counsel of record, the United States Marshals Service, the Roanoke City Jail, and the United States Probation Office.

Entered: October 1, 2026

/s/ Elizabeth K. Dillon
Chief United States District Judge